1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK STEVEN ERCKERT

11              Petitioner,                    No. CIV S-04-2525 DFL KJM P

12        vs.

13   UNITED STATES OF AMERICA,

14              Respondent.                    <u>ORDER</u>

15   _____/

16              Petitioner is a federal pretrial detainee proceeding with an application for writ of

17   habeas corpus.  The court has received notification from attorney Jan Karowsky that he will

18   represent petitioner in this matter.  Also, counsel has asked that this matter be stayed.  Good

19   cause appearing, IT IS HEREBY ORDERED that:

20              1.  Jan Karowsky is appointed as counsel for petitioner;

21              2.  This matter is stayed;

22              3.  The Clerk of the Court is directed to administratively close this case;

23              4.  Counsel for petitioner shall inform the court within ten days of the entry of

24   judgment in CR-S-04-0104 DFL;

25              5.  The Clerk of the Court is directed to send Mr. Karowsky a copy of petitioner's

26   November 29, 2004 petition for writ of habeas corpus; and

                                               1

1          6.  The Clerk of the Court is directed to forward a copy of this order to Cynthia

2    Compton at the Federal Defender's Office.

3    DATED:  April 27, 2005.

4

5    _____
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9
     1
10   erck2525.sub

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26